**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**UNITED STATES OF AMERICA**                    **CASE NO.  1:25-CR-00173-03**

**VERSUS**                                       **JUDGE EDWARDS**

**MICHAEL SLANEY (03)**                          **MAGISTRATE JUDGE PEREZ-MONTES**

**MINUTES OF COURT:**
**Arraignment**

| | | | |
|---|---|---|---|
| Date: | July 17, 2025 | Presiding: Magistrate Judge Joseph H. L. Perez-Montes | |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Liz Muncey |
| Court Adjourned: | 11:03 a.m. | Court Reporter: | LCR |
| Statistical Time: | 01:03 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| John Woodley Nickel   (AUSA) & | For | United States of America |
| Joseph Daniel Siefker Jr   (AUSA) | For | United States of America |
| Gerald Block (CJA) | For | Michael Slaney (03) Defendant |
| Michael Slaney (03) Defendant | | (LOCATION RELEASE) |

**PROCEEDINGS**

**BEFORE COURT OPENED:**
Defendant completed financial affidavit

**ARRAIGNMENT:**
Reading Waived
Not Guilty Plea Entered as to each count and forfeiture allegations
The U. S. Attorney is providing open discovery to the defendant

**DETENTION:**
Order Setting Conditions of Release continued.

**RULINGS/COMMENTS**:
Oral motion for court-appointed counsel was GRANTED. A Scheduling Conference is set for **Wednesday, August 20, 2025 at 2:00 p.m.** before Judge Perez-Montes.

**FILINGS:**
Financial Affidavit
Order Granting Appointment of Counsel
Discovery Order