RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 1 2 2026

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL SLANEY

Defendant

1:25-cr-00173-03
JUDGE EDWARDS
MAGISTRATE JUDGE PEREZ-MONTES

## UNDERSTANDING OF PENALTIES AND RIGHTS

I, **MICHAEL SLANEY**, having been furnished a copy of the indictment and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me, as follows:

> **PENALTY – COUNT 1**: A term of imprisonment of not more than five (5) years, per 18 U.S.C. §371, a fine of up to $250,000, per 18 U.S.C. § 3571(b)(3), or both; a term of supervised release of not more than three (3) year, per 18 U.S.C. § 3583(b); and a special assessment fee of $100.00, per 18 U.S.C. § 3013, which under this agreement is payable and due **at the time his guilty plea is entered**, and defendant agrees to tender the $100.00 special assessment by means of a cashier's check, bank official check, or money order payable to the "Clerk, U.S. District Court."

1.   I understand the nature of the charge against me and the maximum possible penalty as set forth in the plea agreement.

2.   I understand my right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

3.   I understand my right to plead guilty or not guilty.

4.   I understand my right not to be required to testify against myself or at all if I do not so desire.

5.  I understand my right to confront and cross-examine witnesses against me.

6.  I understand my right to use compulsory process to require witnesses to appear at trial and testify.

7.  I realize that by pleading guilty I stand convicted of the crimes charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

8.  My plea in this matter is free and voluntary, and it has been made without any threats or inducements from anyone whatsoever except for those contained in the plea agreement and any addendum required under standing orders. The only reason I am pleading guilty is that I am in fact guilty as charged.

The foregoing Understanding of Penalties and Rights has been read, understood, and signed:

Dated: 4/28/26

CODY J. VIDRINE, LA Bar No. 36960
Loftin Law Group
113 Michael DeBakey Drive
Lake Charles, Louisiana 70605
Telephone: (337) 310-4300
*Counsel for Defendant*

Dated: 4-26-26

MICHAEL SLANEY
*Defendant*

Dated: Apr. 28, 2026

JOHN W. NICKEL. La. Bar No. 37819
J. DANIEL SIEFKER, JR. La. Bar No. 34764
Assistant United States Attorneys
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
Telephone: (337) 262-6618

Understanding of Penalties and Rights – *United States v. Slaney, et al.*
2