RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 12 2026

BY:_____
DANIEL J. McCOY, CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:25-cr-00173-03 |
| | JUDGE EDWARDS |
| v. | MAGISTRATE JUDGE PEREZ-MONTES |
| MICHAEL SLANEY | |
| Defendant | |

## ELEMENTS OF OFFENSE

### Count One
Conspiracy to Commit Visa Fraud
[18 U.S.C. § 371, 1546(a)]

Title 18, United States Code, Section 371 makes it a crime for two or more persons to conspire to defraud the United States or any of its agencies in any manner or for any purpose. For you to be found guilty of this crime, the government must prove each of the essential elements beyond a reasonable doubt:

*First:*   that the defendant and at least one other person made an agreement to defraud the government or one of its agencies by making false statements of material facts in applications required by the immigration laws or regulations of the United States;

*Second:*   that the defendant knew that the purpose of the agreement was to defraud the government and joined in it willfully, that is, with the intent to defraud; and

*Third:*   that at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

Title 18, United States Code, Section 1546(a) makes it a crime for anyone knowingly to make any false statement of material fact in any application required

by the immigration laws or regulations of the United States. The elements for such an offense are as follows:

*First:*   that the defendant knowingly made a false statement on an application required by the immigration laws or regulations of the United States;

*Second:*   that the statement was material; and

*Third:*   that the statement was made under oath or as permitted under penalty of perjury.

The foregoing elements of offense have been read, understood, and signed:

Dated: 4/28/26

CODY J. VIDRINE, LA Bar No. 36960
Loftin Law Group
113 Michael DeBakey Drive
Lake Charles, Louisiana 70605
Telephone: (337) 310-4300
*Counsel for Defendant*

Dated: 4-26-26

MICHAEL SLANEY
*Defendant*