**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**UNITED STATES OF AMERICA** — **CASE NO. 1:25-CR-00173-03**

**VERSUS** — **JUDGE EDWARDS**

**MICHAEL SLANEY (03)** — **MAGISTRATE JUDGE PEREZ-MONTES**

**MINUTES OF COURT:**
**Sentencing**

| | | | |
|---|---|---|---|
| Date: | September 15, 2026 | Presiding: Judge Jerry Edwards | |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 10:40 a.m. | Court Reporter: | Myra Primeaux |
| Statistical Time: | 00:40 | Courtroom: | 2nd Floor Courtroom |

## APPEARANCES

| | | |
|---|---|---|
| John Woodley Nickel (AUSA) | For | United States of America |
| Cody James Vidrine & Chip B Lewis (RET) | For | Michael Slaney (03) Defendant |
| Michael Slaney (03) Defendant | | (LOCATION RELEASE) |

## PROCEEDINGS

Sentencing Hearing
Oral motion by the government to dismiss counts 8-13, 33-38, 61 & 62, GRANTED
Defendant advised of his right to appeal
The defendant shall report no later than October 28, 2026 before 2:00 p.m. to the facility designated by the U. S. Bureau of Prisons

**Sentence as to Count 1 of the Indictment**: Imprisonment for 60 Months. Supervised release for a term of 2 years; Fine: $30,000; Assessment of $100, due immediately.

Assessment of $100, due immediately.